IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

HOLLY SULLIVAN,

          Plaintiff,

    v.

CITY OF ROSEBURG; SCOTT CAMPBELL,

          Defendants.

6:12-cv-00265-TC

FINDINGS AND RECOMMENDATION

COFFIN, Magistrate Judge:

On September 18, 2012, plaintiff's counsel filed a motion to withdraw. (Dkt. #15). The court granted the motion on October 11, 2012 and order plaintiff to file a report within fourteen days indicating whether she is seeking other counsel or if she is representing herself pro se. (Dkt. #16). Plaintiff was advised that failure to make such a filing would result in dismissal of this action for failure to prosecute and failure to follow a court order.

To date, plaintiff has not filed anything with the court. Accordingly, this action should be dismissed for failure to prosecute and failure to follow a court order.

The above Findings and Recommendation will be referred to a United States District Judge for review. Objections, if any, are due no later than fourteen days after the date this order is filed. The parties are advised that the failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). If no objections are filed, review of the Findings and Recommendation will go under advisement on that date. If objections are filed, any party may file a response within fourteen days after the date the

FINDINGS AND RECOMMENDATION - 1

objections are filed. Review of the Findings and Recommendation will go under advisement when the response is due or filed, whichever date is earlier.

Dated this 3 day of December 2012.

THOMAS M. COFFIN
United States Magistrate Judge

FINDINGS AND RECOMMENDATION - 2